ELECTRONICALLY FILED
2012-Aug-01  16:48:58
60CV-12-2277

IN THE CIRCUIT COURT OF PULASKI COUNTY ARKANSAS
6th DIVISION

J-MCDANIEL CONSTRUCTION CO., INC.                                 PLAINTIFF

VS.                                CASE NO. 60CV-2012-2277

MID-CONTINENT CASUALTY COMPANY,
SOUTHWEST INSURANCE CENTER CORP.,
d/b/a INSURANCE CENTER, INC., and
JOHN DOES 1 THROUGH 40                                            DEFENDANTS

## VOLUNTARY DISMISSAL OF SEPARATE DEFENDANT
## SOUTHWEST INSURANCE CENTER CORP., d/b/a INSURANCE CENTER, INC.

Comes now the Plaintiff, J-McDaniel Construction Co., Inc. ("Plaintiff"), by and through

its attorneys, Dover Dixon Horne PLLC, and pursuant to Ark. R. Civ. P. 41(a), seeks the Voluntary

Dismissal of Separate Defendant Southwest Insurance Center Corp., d/b/a Insurance Center,

Inc., from the above-captioned case, without prejudice.

WHEREFORE Plaintiff prays that the above-named Separate Defendant be dismissed

without prejudice.

<div style="margin-left: 45%;">

J-McDaniel Construction Co., Inc., Plaintiff
By its attorneys:
Dover Dixon Horne PLLC
425 W. Capitol Avenue, Suite 3700
Little Rock, Arkansas 72201
(501) 375-9151

By: _____
     John D. Pettie (2009188)

</div>

EXHIBIT

A-6

## CERTIFICATE OF SERVICE

I, John D. Pettie, do hereby certify that a true and correct copy of the foregoing was served, this 1st day of August, 2012, via U.S. Mail, postage prepaid, electronic mail and/or facsimile transmission, upon the following:

Southwest Insurance Center Corp.
2200 Hidden Valley Drive
Little Rock, Arkansas 72212

Mid-Continent Casualty Company
c/o CT Corporation
124 West Capitol Ave., Suite 1900
Little Rock, Arkansas  72201

_____
John D. Pettie