# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-2673
_____

J-McDaniel Construction Co., Inc.

Plaintiff - Appellant

v.

Mid-Continent Casualty Company; Oklahoma Surety Company; John Does, 1-40

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:12-cv-00531-BSM)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 04, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans



13-2673 J-McDaniel Construction Co v. Mid-Continent Casualty Company, et al "judgment filed sua sponte affirmed" (4:12-cv-00531-BSM)
8cc-cmecf-nda
to:
08/04/2014 09:34 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/04/2014

| | |
|---|---|
| **Case Name:** | J-McDaniel Construction Co v. Mid-Continent Casualty Company, et al |
| **Case Number:** | 13-2673 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion. LAVENSKI R. SMITH, STEVEN M. COLLOTON and RAYMOND W. GRUENDER Hrg Apr 2014 [4182030] [13-2673] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Mr. Johnathan Dwaine Horton: jhorton@wlj.com, kcasteel@wlj.com
Mr. Thane J Lawhon: tlawhon@ddh-ar.com, asmith@ddh-ar.com, docketing@ddh-ar.com
Mr. Edwin L Lowther, Jr.: elowther@wlj.com, srice@wlj.com
Mr. Gary D. Marts, Jr.: gmarts@wlj.com, pjones@wlj.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Wm. Dean Overstreet: dean@doverdixon.com, bhelton@ddh-ar.com, docketing@ddh-ar.com, tlawhon@ddh-ar.com
Mr. John D. Pettie: john4216@att.net


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/mrudolph_132673_4182030_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/04/2014] [FileNumber=4182030-0]
[222a2e8897f4b25ba48430795dbe008a9cf0cca332f5d192d46c5822d10a06071e8b24c130d2a77a16ccf712b6a8c199228831924434b5f59cd236b39a892776]]
**Recipients:**

- Mr. Johnathan Dwaine Horton
- Mr. Thane J Lawhon
- Mr. Edwin L Lowther, Jr.
- Mr. Gary D. Marts, Jr.
- Mr. Jim McCormack, Clerk of Court
- Mr. Wm. Dean Overstreet
- Mr. John D. Pettie

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4182030
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 5132336, 5132337, 5132338